IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| KEITH A. PIERCE, *Debtor.* | : : : | Case No. 22-10434-JCM<br>Chapter 13 |
| KEITH A. PIERCE, *Plaintiff,* | : : : | Related to Doc. No. 1, 2<br>Adversary No. 25-1008-JCM |
| v. | : : | |
| PNC BANK, NATIONAL ASSOCIATION, *Defendant.* | : : : | |

## ORDER

*AND NOW*, this **18th** day of ***August 2025***, after Chambers receiving a phone call from Counsel for Plaintiff indicating the Plaintiff intends to withdraw the *Complaint to Determine Secured Status* ("Complaint") (Doc. 1) but has been unable to do so due to technical difficulties, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

1. The initial pretrial conference previously scheduled for August 19, 2025 at 9:30 A.M. is **CANCELED.**

2. ***On or before August 25, 2025,*** Plaintiff shall file a motion to withdraw the *Complaint.*

BY THE COURT:

SIGNED
8/18/25 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jlm
John C. Melaragno, Judge
United States Bankruptcy Court