IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
|---|---|
| KEITH A. PIERCE, | CASE NO. 22-10434 JCM |
| Debtor | |
| KEITH A. PIERCE, | ADV. NO. 25-01008 JCM |
| Plaintiff | |
| v. | Related to Doc. Nos. 1, 8, 12 |
| PNC BANK, NATIONAL ASSOCIATION, | |
| Defendant | |

**ORDER**

AND NOW, this __22nd__ day of __August__, 2025, IT IS ORDERED, ADJUDICATED AND DECREED THAT, the Motion to Dismiss is granted and the Complaint filed at the above adversary proceeding number is DISMISSED.

By the Court:

_____
John C. Melaragno, Judge    dak
United States Bankruptcy Court
SIGNED
8/22/25 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Plaintiff shall serve a copy of this Order on the Chapter 13 Trustee by way of regular, First Class mail. The Clerk shall close this Adversary.

United States Bankruptcy Court

Western District of Pennsylvania

Pierce,

    Plaintiff

PNC BANK, NATIONAL ASSOCIATION,

    Defendant

Adv. Proc. No. 25-01008-JCM

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2
Date Rcvd: Aug 22, 2025     Form ID: pdf900     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Keith A. Pierce, 1748 Clifford Dr., Erie, PA 16505-2806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 23 2025 00:21:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 23 2025 00:21:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Aug 23 2025 00:21:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Aug 23 2025 00:22:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| dft | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 23 2025 00:21:00 | PNC BANK, NATIONAL ASSOCIATION, PO BOX 94982, CLEVELAND, OH 44101 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Defendant PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Stephen H. Hutzelman | on behalf of Plaintiff Keith A. Pierce stephen@hh-legal.com shutzelman@ecf.inforuptcy.com;ann@hh-legal.com |

TOTAL: 2