IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| KEITH A. PIERCE, | CASE NO. 22-10434 JCM |
| Debtor | |
| KEITH A. PIERCE, | ADV. NO. 25-01008 JCM |
| Plaintiff | |
| v. | Related to Doc. No. 13 |
| PNC BANK, NATIONAL ASSOCIATION, | |
| Defendant | |

CERTIFICATE OF SERVICE OF
ORDER GRANTING MOTION TO DISMISS

  I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on August 25, 2025,

  The method of service made on the parties: AS STATED ON THE ATTACHED SHEET

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: August 25, 2025

            Respectfully submitted,

            HUTZELMAN AND HARMON

            By:/s/ *Stephen H. Hutzelman*
              *PA ID 06541*
              Stephen H. Hutzelman, Esq.
              333 State Street, Suite 203
              Erie, PA 16507
              Phone: (814) 459-7754
              Fax:  (814) 459-8996
              stephen@hh-legal.com

SERVICE BY FIRST CLASS MAIL, POSTAGE PREPAID PURSUANT TO ORDER:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov


SERVICE BY ELECTRONIC NOTIFICATION AND FIRST CLASS MAIL, POSTAGE PREPAID:

PNC Bank, National Association
Attn: Senior Legal Counsel
Po Box 94982
Cleveland, Oh 44101
bankruptcy.claims@pnc.com

SERVICE BY REGULAR MAIL, POSTAGE PREPAID:

Attorney Brian C. Nicholas
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106

Attorney Mary Beth Thomas
Tucker Arensberg, PC
One PPG Place, Suite 1500
Pittsburgh, PA 15222


SERVICE BY ELECTRONIC NOTIFICATION:

Matt Pierce
piercem6@hotmail.com

Keith A. Pierce
kap1012@verizon.net

Barbara Pierce
bap5674@gmail.com